UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 10-CV-23411-MGC**

EMILIO PINERO,

    Plaintiff,

v.

MILLER'S ALE HOUSE, INC

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, EMILIO PINERO, and Defendant, MILLER'S ALE HOUSE, INC, having entered into a Confidential Settlement Agreement thereby resolving the claim brought in the above-referenced Action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*.

Dated this November 16, 2011.

Respectfully submitted,

| | |
|---|---|
| LAUREN N. WASSENBERG, ESQ | TOM ARCHER, ESQ |
| E-mail wassenbergl@gmail.com | E-mail tarcher@milleralehouse.com |
| 429 Lenox Avenue Ste. 4W23 | 612 N Orange Ave. Ste. C |
| Miami Beach, Florida 33139 | Jupiter, Florida 33458 |
| Ph: 305-537-3723 | Ph: 561-354-4334 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| By: s/ Lauren N. Wassenberg | By: s/ Tom Archer |
|     Lauren N. Wassenberg, Esq. |     Tom Archer, Esq. |
|     Florida Bar No. 34083 |     Florida Bar No. 564000 |

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on this November day of 16, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               By: s/ Lauren Wassenberg
                 Lauren Wassenberg, Esq.
                 Florida Bar No.: 34083