UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23411-Civ-COOKE/TURNOFF

EMILIO PINERO,

    Plaintiff

vs.

MILLER'S ALE HOUSE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal, ECF No. 4). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30TH day of November 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*